```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ACCELECARE WOUND CENTERS, INC.,         :
                                        :
                    Plaintiff,          :
                                        :
          -v-                           :
                                        :         08 Civ. 8351 (DLC)
THE BANK OF NEW YORK, AMICUS HYPERBARIC :
GROUP, LLC, AMICUS MEDICAL GROUP, LLC,  :              ORDER
AMICUS WEST TEXAS HYPERBARIC L.P.,      :
AMICUS TEXAS HYPERBARIC, LP, AMICUS     :
ARIZONA HYPERBARIS, L.P., AMICUS SOUTH  :
TEXAS HYPERBARIC, LP, AMICUS VALLEY     :
HYPERBARIC, LP, and JOHN R. HEDRICK,    :
                    Defendants.         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/09

DENISE COTE, District Judge:

On January 23, 2009, plaintiff Accelecare Wound Centers, Inc. filed a motion to dismiss counterclaims filed on behalf of defendants John R. Hedrick, Amicus Hyperbaric Group LLC and six of its affiliates, as well as five additional parties. Plaintiff joined a motion to strike allegations contained in the counterclaim to its motion to dismiss, pursuant to Rule 12(g), Fed. R. Civ. P. On January 30, plaintiff moved for sanctions pursuant to Rule 11(c)(2), Fed. R. Civ. P., alleging that defendants' counterclaims against three of plaintiff's individual officers and directors are frivolous. It is hereby

ORDERED that plaintiff's motion for sanctions is denied without prejudice to re-filing following a decision on

plaintiff's motion to dismiss.

SO ORDERED:

Dated:   New York, New York
         February 2, 2009

```
              _____
                      DENISE COTE
              United States District Judge
```