```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
ACCELECARE WOUND CENTERS INC.,          :
                                        :
                Plaintiff,              :      ORDER OF
                                        :      CONSOLIDATION
        -v-                             :
                                        :      08 CIV. 8351 (DLC)
THE BANK OF NEW YORK; AMICUS HYPERBARIC :
GROUP, LLC; AMICUS MEDICAL GROUP, LLC;  :
AMICUS WEST TEXAS HYPERBARIC, LP;       :
AMICUS TEXAS HYPERBARIC, LP; AMICUS     :
ARIZONA HYPERBARIC, LP; AMICUS SOUTH    :
TEXAS HYPERBARIC, LP; AMICUS VALLEY     :
HYPERBARIC, LP; and JOHN R. HEDRICK,    :
                                        :
                Defendants.             :
                                        :
----------------------------------------:
                                        :
AMICUS HYPERBARIC GROUP, LLC,           :      08 Civ. 11314 (DLC)
                                        :
                Plaintiff,              :
                                        :
        -v-                             :
                                        :
ACCELECARE WOUND CENTERS INC.,          :
                                        :
                Defendant.              :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/09

DENISE COTE, District Judge:

　　IT IS HEREBY ORDERED that the Clerk of Court is directed to consolidate the above actions for all purposes under the docket number of the lead case 08 Civ. 8351.

　　SO ORDERED:

Dated:　New York, New York
　　　　May 4, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Denise Cote
　　　　　　　　　　　　　　　United States District Judge