```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ACCELECARE WOUND CENTERS, INC.,          :
                                         :
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :         MASTER FILE:
THE BANK OF NEW YORK, AMICUS HYPERBARIC  :         08 Civ. 8351 (DLC)
GROUP, LLC, AMICUS MEDICAL GROUP, LLC,   :
AMICUS WEST TEXAS HYPERBARIC L.P.,       :
AMICUS TEXAS HYPERBARIC, LP, AMICUS      :
ARIZONA HYPERBARIS, L.P., AMICUS SOUTH   :
TEXAS HYPERBARIC, LP, AMICUS VALLEY      :
HYPERBARIC, LP, and JOHN R. HEDRICK,     :
                    Defendants.          :
                                         :
----------------------------------------X
                                         :
THIS DOCUMENT RELATES TO:                :         PRETRIAL SCHEDULING
                                         :              ORDER
     All Actions                         :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on December 12, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  No additional parties may be joined or pleadings amended after **May 15, 2009.**

2.  The parties are instructed to contact the chambers of Magistrate Judge Maas prior to **May 15, 2009** in order to pursue settlement discussions under his supervision.

3.  All fact discovery must be completed by **November 13, 2009.**

4.  Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must

be served by **December 4, 2009**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **January 8, 2010**.

5. All expert discovery must be completed by **January 29, 2010**.

6. The Joint Pretrial Order must be filed by **February 19, 2010**.

As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter.

All direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.

Those portions of depositions that are being offered as substantive evidence, along with a one page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

SO ORDERED:

Dated:   New York, New York
         May 4, 2009

                              _____
                                       DENISE COTE
                              United States District Judge

2