```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ACCELECARE WOUND CENTERS, INC.,         :
                                        :
                         Plaintiff,     :
                                        :
         -v-                            :
                                        :   08 Civ. 8351 (DLC)
THE BANK OF NEW YORK, AMICUS HYPERBARIC :
GROUP, LLC, AMICUS MEDICAL GROUP, LLC,  :   ORDER
AMICUS WEST TEXAS HYPERBARIC L.P.,      :
AMICUS TEXAS HYPERBARIC, LP, AMICUS     :
ARIZONA HYPERBARIS, L.P., AMICUS SOUTH  :
TEXAS HYPERBARIC, LP, AMICUS VALLEY     :
HYPERBARIC, LP, and JOHN R. HEDRICK,    :
                                        :
                         Defendants.    :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-09

DENISE COTE, District Judge:

As set forth in a teleconference held with the parties on October 9, 2009, it is hereby

ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Maas no later than **October 30, 2009** in order to pursue settlement discussions under his supervision.

IT IS FURTHER ORDERED that the deadlines set forth in the May 4, 2009 scheduling order for pretrial proceedings in this case remain in place.

SO ORDERED:

Dated:   New York, New York
         October 9, 2009

                                           _____
                                                    DENISE COTE
                                           United States District Judge